UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| INCASE DESIGN CORP., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 14-00102 |

**JOINT STATUS REPORT OF JUNE 3, 2021**

In accordance with the Court's order in this matter directing the parties to file a joint status report within 30 days after final and conclusive judicial determination in *Apple Inc. v. United States,* CIT number 13-00239, the parties hereby jointly advise the Court on the status of the action identified above.

In light of the decision in *Apple,* the parties have conferred concerning the resolution of this matter. Based upon those consultations, Plaintiff is currently reviewing this case to determine which products and entries may be appropriate for stipulation and which entries should be abandoned. Plaintiff anticipates providing this information to Defendant within the next 14-days from the date of this joint status report.

Thereafter, and based upon consultations with Defendant, Plaintiff will provide Defendant with a proposed stipulation for judgment, and as needed, with additional information concerning the merchandise in order to dispose of the case. Plaintiff anticipates that the preparation of the stipulation can be completed within 30-days of the date of this joint status report.

| | |
|---|---|
| **JOINT STATUS REPORT** | Court No. 14-00102 |

The parties will either file with the Court a stipulation of judgment in this case, or file another joint status report advising the Court of the status of the action, as soon as their review of this information is complete, but no later than 180 days from the date of this submission.

                                    Respectfully submitted,

By: /s/ Robert F. Seely
    Erik Smithweiss
    Robert B. Silverman
    Robert F. Seely
    GRUNFELD, DESIDERIO,
    LEBOWITZ, SILVERMAN &
    KLESTADT LLP
    599 Lexington Avenue
    36th Floor
    New York, New York 10022
    Tel.: (212) 557-4000

Attorneys for Plaintiff

BRIAN M. BOYNTON
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

By: JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

By: BEVERLY FARRELL
Senior Trial Attorney
International Trade Field Office
Civil Division, Dept. of Justice,
Commercial Litigation Branch
International Trade Field Office
26 Federal Plaza - Suite 346
New York, New York 10278
Tel.: (212) 264-9230/0482
Attorneys for Defendant

Date: June 3, 2021
      New York, New York